Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue,
Lubbock, TX 79424
(806) 748-1980  Phone
(806) 748-1956  Fax

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

IN RE:

PAUL LEWIS REIS JR
MARITHEA EVELYN REIS

CASE NO: 08-70362-HDH-13
HEARING DATE:  12/17/2008
HEARING TIME:   11:00 AM

## AMENDED TRUSTEE'S MOTION TO DISMISS FOR REQUIRED INFORMATION AFTER CREDITOR MEETING AND OR REDUCE ATTORNEY FEES

NOW COMES Walter O'Cheskey, Chapter 13 Trustee, and files this Trustee's Motion to Dismiss for Required Information After Creditor Meeting and or Reduce Attorney Fees in accordance with 11 U.S.C. 1307(c), Rule 9014, Rule 1017(f)(1), and General Order 2006-08 and would respectively show unto to the Court as follows:

Motion is being filed for delay prejudicial to creditors for the following reasons: Debtor(s) failure to provide Trustee with Auto Insurance on the 2005 Nissan and 2005 Buick; Income Records for Mr. Reis from March and April 2008 and the pay dates of May 2, May 9, May 16, May 23, June 20, July 4 and August 22, 2008.

Delay prejudicial to creditors for failure to obtain confirmation.

WHEREFORE, the Trustee prays that this Chapter 13 case be dismissed and/or Debtor's Attorney's fees be reduced, per 11 U.S.C. 1307(c).

Respectfully submitted,

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

A HEARING WILL BE HELD 12/17/2008 AT 11:00 AM AT THE FOLLOWING ADDRESS:

VIDEO:  US COURTHOUSE ROOM 208, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

A PRE-HEARING CONFERENCE SHALL BE HELD AT THE SAME LOCATION AT 08:30 AM  ALL PARTIES ARE REQUIRED TO ATTEND THE PREHEARING CONFERENCE.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Dismiss was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

PAUL LEWIS REIS JR & MARITHEA EVELYN REIS 689 WILLIAMSON ROAD  BOWIE TX 76230

MONTE J WHITE ATTORNEY AT LAW 1106 BROOK AVE HAMILTON PLACE WICHITA FALLS TX 76301

WILLIAM T NEARY UNITED STATES TRUSTEE 1100 COMMERCE STREET RM 976 DALLAS TX 75242

LINEBARGER GOGGAN BLAIR & SAMPSON 2323 BRYAN STREET SUITE 1600  DALLAS TX 75201

DAVISON RUGELEY, LLP 900 EIGHT ST STE 1102 PO DRAWER 99 WICHITA FALLS TX 76307

RECOVERY MANAGEMENT SYSTEMS CORP 25 SE 2ND AVENUE STE 1120  MIAMI FL 33131


Date:   <u>11/26/2008</u>                                      /s/ Walter O'Cheskey

                                                        _____
                                                        Walter O'Cheskey
                                                        Chapter 13 Trustee